DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLENE SCARFONE,**
Appellant,

v.

**JARED FREID,**
Appellee.

No. 4D16-4223

[November 16, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. FMCE 15-004761 (41).

Mark S. Lowry of Lowry Legal, LLC, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***